PROB 12C
(7/93)

# United States District Court
### for the
### Southern District of West Virginia
### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Jerry Keith Walls, II | | | Case Number: 3:13CR00062-04 |
| Name of Sentencing Judicial Officer: | | Honorable Robert C. Chambers, Chief United States District Judge | |
| Date of Original Sentence: | August 12, 2013 | | |
| Original Offense: | 21 U.S.C. § 846, Conspiracy to distribute oxycodone | | |
| Original Sentence: | 49 months of imprisonment, followed by 3 years of supervised release. On September 18, 2015, sentence reduced to 39 months of imprisonment, followed by 3 years of supervised released. | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | February 26, 2016 |
| Asst. U.S. Attorney: | Joseph F. Adams | Defense Attorney: | John A. Proctor |

## PETITIONING THE COURT

[x] To issue a warrant
[ ] To issue a summons

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of statutory condition: The defendant shall not commit another federal, state, or local crime:** |

On November 14, 2016, a criminal complaint was filed in Cabell County, West Virginia, Magistrate Court, charging the offender with robbery. On November 18, 2016, the offender was placed under arrest and charged with felony robbery. On November 22, 2016, he was released on a $50,000 bond. On December 20, 2016, the case was transferred to Cabell County Circuit Court. The case is currently pending.

On December 13, 2016, criminal complaints were filed in Cabell County, West Virginia, Magistrate Court, charging the offender with two counts of second offense shoplifting. On December 27, 2016, the offender was

Prob 12C  
Re: Jerry Keith Walls, II  
CASE NO. 3:13CR00062-04

Petition for Warrant or Summons  
For Offender Under Supervision

arrested and subsequently released on bond. The case is pending.

On January 8, 2016, the offender was arrested and a criminal complaint was filed in Cabell County, West Virginia, Magistrate Court, charging the offender with felony first degree robbery. The case is currently pending.

2. **Violation of statutory condition: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance:**

On September 28, 2016, during an office contact, the offender provided a urine specimen which tested positive for cocaine. Mr. Walls signed a voluntary admission form confirming he smoked crack cocaine on September 27, 2016.

On October 6, 2016, the offender provided a urine specimen which tested positive for cocaine.

On October 17, 2016, during an office contact, the offender provided a urine specimen which tested positive for cocaine. Mr. Walls signed a voluntary admission form confirming he nasally ingested cocaine on October 14, 2016.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[x] Revoked  
[ ] Extended for __ year(s), for a total term of __ years.  
[ ] The conditions of supervision should be modified as follows

Case 2:19-mj-00024-MJA Document 1 Filed 09/20/19 Page 3 of 3 PageID #: 3
From:Clerk USDC Huntington WV        3045295131        01/11/2017 14:49        #190 P.005/005

Case 3:13-cr-00062 Document 205 Filed 01/11/17 Page 3 of 3 PageID #: 753

Prob 12C
Re: Jerry Keith Walls, II
CASE NO. 3:13CR00062-04

Petition for Warrant or Summons
For Offender Under Supervision

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Steven M. Phillips
Senior United States Probation Officer

January 10, 2017

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Robert C. Chambers
Chief United States District Judge

Date   1/11/17

A TRUE COPY CERTIFIED ON
JAN 11 2017

3