IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.  Case No. 2:19-mj-24

JERRY KEITH WALLS, II,

        Defendant.

## MOTION TO DETAIN

In view of the Probation Officer's petition in this matter regarding violations of supervised release in the Southern District of West Virginia, the United States moves to detain the defendant pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3143(a)(1).

**DATED:** September 20, 2019

    Respectfully submitted:

    UNITED STATES OF AMERICA
    WILLIAM J. POWELL
    United States Attorney

    /s/ Stephen D. Warner
    Assistant United States Attorney
    300 Third Street, Suite 300
    Elkins, WV  26241
    Telephone: (304) 636-1739